# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREESTONE DRIVE I, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2588** |
| **J. HUNTER COATES, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the joint motion[1] to stay proceedings is **GRANTED.** All further proceedings in this case are **STAYED** through and until November 14, 2025.

New Orleans, Louisiana, this 20th day of June, 2025.

 BRANDON S. LONG
 UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 30.