UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FREESTONE DRIVE I, LLC**            **CIVIL ACTION**

**VERSUS**            **NO. 24-2588**

**J. HUNTER COATES, ET AL.**            **SECTION "O"**

## ORDER

**IT IS ORDERED** that the joint motion[1] to extend stay of proceedings is **GRANTED.** All further proceedings in this case are **STAYED** through and until **January 13, 2026**.

**IT IS FURTHER ORDERED** that the submission date for Plaintiff Freestone Drive I, LLC's Motion[2] for Abstention and Remand is continued until **February 18, 2026**. Any opposition to or reply in support of the Motion for Abstention and Remand must be filed and served in accordance with Local Rule 7.5.

New Orleans, Louisiana, this 14th day of November, 2025.

                                      BRANDON S. LONG
                                      UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 32.
[2] ECF No. 14.