**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREESTONE DRIVE I, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2588** |
| **J. HUNTER COATES, ET AL.** | **SECTION "O"** |

**ORDER**

**IT IS ORDERED** that the joint motion[1] of Plaintiff Freestone Drive I, LLC and Defendants J. Hunter Coates, Berkley Insurance Company and Axis Insurance Company (collectively, the "parties") to continue stay of proceedings and submission date of motion for abstention and remand is **GRANTED**. All further proceedings in this case are **STAYED** through and until **November 13, 2026**.

**IT IS FURTHER ORDERED** that the submission date for Plaintiff Freestone Drive I, LLC's Motion[2] for Abstention and Remand is **CONTINUED** until **December 9, 2026.** Any opposition to or reply in support of the Motion for Abstention and Remand must be filed and served in accordance with Local Rule 7.5.

New Orleans, Louisiana, this 14th day of September, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 42.
[2] ECF No. 14.